UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AMTRUST NORTH AMERICA, INC., on
behalf of Technology Insurance Company, Inc.
and Security National Insurance Company,
                        Plaintiff,

    -against-

SIGNIFY INSURANCE LTD.,
              Defendant.
---------------------------------------------------------------X
SIGNIFY INSURANCE LTD.,
              Counter Claimant,

    -against-

AMTRUST NORTH AMERICA, INC., on
Behalf of Technology Company, Inc. and
Security National Insurance Company,
             Counter Defendant.
---------------------------------------------------------------X
SIGNIFY INSURANCE LTD.,
             Third Party Plaintiff,

    -against-

SECURITY NATIONAL INSURANCE
COMPANY, AND TECHNOLOGY INSURANCE
COMPANY, INC.,
            Third Party Defendants.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2020

18 **CIVIL** 3779 (ER)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 22, 2020, AmTrust's motion is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        July 23, 202

                                   **RUBY J. KRAJICK**
                                   **Clerk of Court**
                    BY:
                                   **Deputy Clerk**